IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PINE INSTRUMENT COMPANY and PINE TEST EQUIPMENT, LLC, | ) Docket No. 2:14-cv-00094-NBF ) ) (Assigned to Judge Nora Barry Fischer) |
| Plaintiffs | ) ) |
| v. | ) ) |
| CONTROLS USA, INC. and GORDON BAKER, | ) ) ) |
| Defendants | ) ) |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41
AS TO CONTROLS USA, INC. *ONLY***

The Plaintiffs, Pine Instrument Company and Pine Test Equipment, LLC and the Defendant, Controls USA, Inc., through their undersigned counsel, hereby stipulate that the above-caption action be dismissed, with prejudice, as to the claims against Controls USA, Inc. *only*. Each side to bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| MILLER & MARTIN, PLLC | KNOX McLAUGHLIN GORNALL & SENNETT, P.C. |
| BY: */s/Eileen Hintz Rumfelt* | BY: */s/ Bryan G. Baumann* |
| Eileen Hintz Rumfelt | Bryan G. Baumann, Esq. |
| 1180 West Peachtree Street, NW, Suite 2100 | 120 West Tenth Street |
| Atlanta, GA  30309 | Erie, PA 16501 |
| Telephone:  (404) 962-6129 | Telephone (814) 459-2800 |
| Facsimile:  (404) 962-6329 | Facsimile (814) 453-4530 |
| erumfelt@millermartin.com | Email bbaumann@kmgslaw.com |
| Attorneys for Defendant, Controls USA, Inc. | Attorneys for Plaintiffs, Pine Instrument Company and Pine Test Equipment, LLC |

# 1499666.v1