IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PINE INSTRUMENT COMPANY and PINE TEST EQUIPMENT, LLC,<br><br>Plaintiffs<br><br>v.<br><br>CONTROLS USA, INC. and GORDON BAKER,<br><br>Defendants | ) Docket No. 2:14-cv-00094-NBF<br>)<br>) (Assigned to Judge Nora Barry Fischer)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 AS TO CONTROLS USA, INC. *ONLY*

The Plaintiffs, Pine Instrument Company and Pine Test Equipment, LLC and the Defendant, Controls USA, Inc., through their undersigned counsel, hereby stipulate that the above-caption action be dismissed, with prejudice, as to the claims against Controls USA, Inc. *only*. Each side to bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| MILLER & MARTIN, PLLC | KNOX McLAUGHLIN GORNALL & SENNETT, P.C. |
| BY: */s/Eileen Hintz Rumfelt*<br>Eileen Hintz Rumfelt<br>1180 West Peachtree Street, NW,<br>Suite 2100<br>Atlanta, GA  30309<br>Telephone: (404) 962-6129<br>Facsimile:  (404) 962-6329<br>erumfelt@millermartin.com<br><br>Attorneys for Defendant,<br>Controls USA, Inc. | BY: */s/ Bryan G. Baumann*<br>Bryan G. Baumann, Esq.<br>120 West Tenth Street<br>Erie, PA 16501<br>Telephone (814) 459-2800<br>Facsimile (814) 453-4530<br>Email bbaumann@kmgslaw.com<br><br>Attorneys for Plaintiffs,<br>Pine Instrument Company and<br>Pine Test Equipment, LLC |

# 1499666.v1

AND NOW, this 15th day of July, 2014,
IT IS SO ORDERED.

*[signature]*
UNITED STATES DISTRICT JUDGE